**Order entered September 13, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01309-CV

**REWA C. HALTON, RODNEY G. HALTON & ALL OTHER OCCUPANTS, Appellant**

**V.**

**DEUTSCHE BANK NATIONAL TRUST COMPANY, Appellee**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-03485-A**

## ORDER

In accordance with our July 30, 2019 order, appellee has filed a status report informing the Court that the parties are "working towards a resolution" of their dispute and asking for an extension of time to file its response brief. We **GRANT** the extension request and **ORDER** a motion to dismiss the appeal, appellee's brief, or another status report be filed no later than October 14, 2019.

/s/    ERIN A. NOWELL
        JUSTICE